36 A.3d 1096

Miguel ALICEA, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, Respondent.

No. 114 EM 2011.

Supreme Court of Pennsylvania.

Feb. 2, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of February, 2012, the Application for Leave to File Original Process is **GRANTED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending petition for writ of *habeas corpus* within 90 days of this order.